**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                                    Case No.  6:02-CR-110-ORL-36GJK

**BOBBY LOUIS BELLAMY**

_____

**ORDER AND NOTICE**
**OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 798), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on December 18, 2013.

After an independent *de novo* review of the record in this matter, noting that the 14 day objection period has expired and no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered December 18, 2013 (Doc. 798) is **ADOPTED and CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear on **January 14, 2014 at 3:45 p.m.** before the **Charlene Edwards Honeywell**, United States District Judge, in **Courtroom # 5B**, Fifth Floor, U.S. District Court, 401 West Central Blvd., Orlando, Florida and shall show cause why probation or supervised release should not be revoked.

**DONE and ORDERED** in Chambers, Orlando, Florida on 7th day of January 2014.

Charlene Edwards Honeywell
United States District Judge

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing*.

Copies to:
United States Magistrate Judge
Counsel for Defendant
United States Attorney
United States Marshal Service
United States Probation Office
Courtroom Deputy Clerk